JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
MELANEE SMITH
SKYLER H. PEARSON
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Melanee.Smith@usdoj.gov
Skyler.Pearson@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00708-DJA |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING AND DEFENDANT'S WAIVER OF SPEEDY TRIAL** |
| v. | |
| ALEX EVANS | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and SKYLER H. PEARSON, counsel for the United States of America, and RENE L. VALLADARES, Federal Public Defender, and BRIAN PUGH, Assistant Federal Public Defender, counsel for ALEX EVANS, that the Preliminary Hearing scheduled for August 28, 2024 at 4:00 P.M., be continued to a date and time convenient to the Court, but no sooner than thirty (30) days. This Stipulation is entered into for the following reasons:

1. Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2. The parties seek this additional time not for purposes of delay, but merely to allow sufficient time to complete necessary research and to continue pre-indictment negotiations.

3. The additional time requested by this stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and 3161(h)(B)(iv).

4. The defendant, Mr. Evans, is currently not detained, consents to the continuance, and agrees to waive his speedy trial rights.

5. This is undersigned counsels' first request for a continuance.

DATED this 23rd day of August 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By:/s/ *Brian Pugh*<br>BRIAN PUGH<br>Assistant Federal Public Defender<br>Counsel for ALEX EVANS | By:/s/ *Skyler H. Pearson*<br>SKYLER H. PEARSON<br>Assistant United States Attorney<br>Counsel for the Government |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEX EVANS<br><br>Defendant. | Case No. 2:24-mj-00708-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing previously scheduled for August 28, 2024 at 4:00 P.M., be continued to **October 28, 2024 at 4:00 p.m. in Courtroom 3A.**

DATED this 23rd day of August 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

3