**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Alex Evans,<br><br>Defendant. | Case No. 2:24-cr-00256-GMN-MDC<br><br>**ORDER** |

Before the Court is Defendant's motion to quash bench warrant. ECF No. 34. On November 26, 2024, the undersigned issued a bench warrant following the grand jury return. *See* ECF Nos. 32 and 33. Defendant moves to quash this warrant because his whereabouts are known and because he is not at risk of non-appearance. ECF No. 34 at 1. Defendant has a degenerative neurological condition and has been hospitalized since September of this year. *Id.* at 2. Defendant requires full assistance with activities of daily living. *Id.* The Nevada Southern Detention Center is not equipped to meet his medical needs. *Id.* at 3.

The Government filed a non-opposition at ECF No. 36. Given Defendant's serious medical needs, his very low risk of non-appearance, and the Government's non-opposition:

IT IS THEREFORE ORDERED that Defendant's motion to quash bench warrant (ECF No. 34) is GRANTED. The warrant entered on November 26, 2024, is quashed.

IT IS FURTHER ORDERED that the Clerk of Court issue a summons for Defendant's arraignment and plea. Defendant is to appear before Judge Weksler in Courtroom #3B on Friday, January 3, 2025, at 11:00 A.M. for his arraignment and plea.

DATED this 11th day of December 2024.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE