RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_matthews@fd.org

Attorney for Alex Evans

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEX EVANS,<br><br>　　　　　Defendant. | Case No. 2:24-cr-00256-GMN-MDC<br><br>**STIPULATION TO ADVANCE ARRAIGNMENT AND PLEA (FIRST REQUEST)** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, through Skyler Pearson, Assistant United States Attorney, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Alex Evans, that Mr. Evans arraignment and plea hearing scheduled for January 3, 2025 be vacated and advanced to January 2, 2025 at 11:00 a.m.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Counsel for defendant has a scheduling conflict on January 3, 2025.

　　　　3.　　Defendant is not incarcerated and does not object to a continuance.

　　　　4.　　Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request to advance hearing filed herein.

Dated this 30th day of December, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/Keisha K. Matthews<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | By /s/ Skyler Pearson<br>SKYLER PEARSON<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALEX EVANS,<br><br>　　　　Defendant. | Case No. 2:24-cr-00256-GMN-MDC<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

　　IT IS THEREFORE ORDERED that the arraignment and plea currently scheduled on January 3, 2025 be vacated and advanced to January 2, 2025 at 11:00 a.m.

　　DATED this  30   day of December, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3