IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,        )
                                 ) Case No. 2:24-cr-00256-GMN-MDC
            Plaintiff,           )
                                 )    ORDER TEMPORARILY
vs.                              ) UNSEALING AUDIO RECORDING
                                 )
ALEX EVANS,                      )
                                 )
            Defendant.           )
_____   )


     Keisha Matthews, AFPD, has requested four transcripts.
Of the transcripts requested, the following docket number is a
proceeding that contained a sealed portion:  Docket No. 47.
The transcript is to be prepared by Toni Hudson, Transcriber.

     **IT IS THE ORDER OF THE COURT** that the sealed audio
recording shall be unsealed for the limited purpose of
preparing the transcript by Toni Hudson and providing a copy
of the transcript to Keisha Matthews, as requested.

     **IT IS FURTHER ORDERED** that the audio recording shall
thereafter be resealed and a certified copy of the transcript
be delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and
remain sealed until further order of this Court.

     **IT IS FURTHER ORDERED** that the receiving party shall not
disclose the sealed contents of the transcript of the
proceeding to anyone other than the representatives of the
parties directly concerned with this case.



     **DATED** this _16___ day of _January___, 2025.


     _____
                    BRENDA N. WEKSLER
     UNITED STATES DISTRICT COURT MAGISTRATE JUDGE