SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634
SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Skyler.Pearson@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00256-GMN-MDC |
| Plaintiff, | **GOVERNMENT'S MOTION FOR LEAVE TO DISMISS INDICTMENT** |
| v. | |
| ALEX EVANS, | |
| Defendant. | |

**CERTIFICATION**: This Motion is Timely Filed.

Pursuant to Rule 48(a), Fed. R. Crim. P., the United States respectfully moves for leave to dismiss the Indictment. As explained further in its supporting Memorandum, the government seeks dismissal based on defendant's poor health as it is the government's understanding that defendant currently resides in hospice care. Given this status, the government does not intend to pursue the prosecution of this case at this time and therefore seeks dismissal.

# MEMORANDUM OF POINTS AND AUTHORITIES

**A. Procedural Posture.**

On August 9, 2024, the government filed a Criminal Complaint filed against defendant charging two felony counts in violation of 18 U.S.C. §§ 875(c) and 2262A(2)(B). On August 14, 2024, defendant made his Initial Appearance on the Complaint (ECF No. 4). The Court released defendant on PR Bond with certain conditions (ECF No. 9).

On October 28, 2024, the Court conducted a Preliminary Hearing (ECF No. 28). The Court found probable cause existed and ordered the government to indict defendant.

Thereafter on November 26, 2024, the grand jury returned a two-count Indictment, charging the defendant with violations of 18 U.S.C. §§ 875(c) (Interstate Communications with Threat to Injury) (Count One) and 2261A(2)(B) (Cyberstalking) (Count Two) (ECF No. 31).

On January 21, 205, the parties appeared for calendar call (ECF No. 51). At calendar call, defendant orally moved to dismiss the indictment for violations of the Speedy Trial Act (ECF No. 51). The government responded to the motion in accordance with the Court's order (ECF No. 52). After defendant replied (ECF No. 59), the Court denied the motion (ECF No. 63).

Since defendant's indictment, the government has received information about defendant's health status. Specifically, the government has been provided with medical records showing that defendant currently resides in hospice care. *See* ECF No. 59, Exhibit F (Sealed). The government now seeks to dismiss the indictment.

**B. Legal Standard.**

Rule 48(a) of the Federal Rules of Criminal Procedure provides:

"The government may, with leave of court, dismiss an indictment, information, or complaint . . . ." The defendant's consent to the dismissal is not required when the motion is made

before trial. Rule 48(a), Fed. R. Crim. P.; *United States v. Friedman*, 107 F.R.D. 736, 739-41 (N.D. Ohio 1985) (holding no consent required for Rule 48(a) dismissal post-trial).

**C. Argument.**

The government seeks leave for dismissal based on defendant's current health status. Upon review of documents provided by the defense, and based on the historical context of this case, the government understands that the defendant currently resides in hospice care. Given this status, the government does not intend to pursue the prosecution of this case at this time and therefore seeks dismissal.

**D. Conclusion.**

**WHEREFORE**, for all the foregoing reasons, the government respectfully requests that the Court grant leave to dismiss the Indictment as to defendant Alex Evans and enter an Order of dismissal. For the Court's convenience, a draft proposed Order is provided.

Respectfully submitted this 7th day of February 2025.

    SUE FAHAMI
    Acting United States Attorney

    */s/: Skyler H. Pearson*
    Skyler H. Pearson
    Assistant United States Attorney
    *Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00256-GMN-MDC |
| Plaintiff, | |
| v. | **ORDER** |
| ALEX EVANS, | |
| Defendant. | |

This matter coming before the Court on the government's Motion for Leave to Dismiss Indictment, the premises therein having been considered, and good cause showing, the government's Motion is hereby **GRANTED.**

It is therefore **ORDERED** that the Indictment shall be, and is, **DISMISSED.**

**IT IS SO ORDERED.**

DATED this ___13___ day of February, 2025.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

4